AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Delaware

| | |
|---|---|
| AVADEL CNS PHARMACUTICALS, LLC AND FLAMEL IRELAND LIMITED | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| JAZZ PHARMACEUTICALS, INC. AND JAZZ PHARMACEUTICALS IRELAND LIMITED | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.   25-09

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Jazz Pharmaceuticals, Inc.
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Daniel M. Silver
McCarter & English, LLP
Renaissance Centre
405 N. King St., 8th Floor
Wilmington, DE 19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   01/03/2025

/s/ Randall Lohan

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-00009

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Jazz Pharmaceuticals, Inc.

was received by me on *(date)*        01/06/2025       .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Chimere Brooks - Authorized to Accept        , who is

designated by law to accept service of process on behalf of *(name of organization)*  Corporation Trust Company

1209 Orange St, Wilmington, DE 19801    @ 10:32 a.m.      on *(date)*      01/06/2025    ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $      0.00      .

I declare under penalty of perjury that this information is true.

Date:      01/06/2025

                                        *Charles Hall*
                                        *Server's signature*

                            Charles Hall - Process Server
                            *Printed name and title*

                            230 North Market Street
                            Wilmington, DE 19801
                            *Server's address*

Additional information regarding attempted service, etc: