IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVADEL CNS PHARMACEUTICALS LLC and FLAMEL IRELAND LIMITED,<br><br>    Plaintiffs,<br><br>    v.<br><br>JAZZ PHARMACEUTICALS, INC. and JAZZ PHARMACEUTICALS IRELAND LIMITED,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 25-09 (GBW)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| AVADEL CNS PHARMACEUTICALS LLC and FLAMEL IRELAND LIMITED,<br><br>    Plaintiffs,<br><br>    v.<br><br>JAZZ PHARMACEUTICALS, INC. and JAZZ PHARMACEUTICALS IRELAND LIMITED,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 25-57 (GBW)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED by Plaintiffs and Defendant Jazz Pharmaceuticals, Inc., subject to the approval of the Court, that the deadline for Jazz Pharmaceuticals, Inc. to move, answer, or otherwise respond to Plaintiffs' Complaints in the above-captioned actions is extended to April 21, 2025.

| | |
|---|---|
| MCCARTER & ENGLISH, LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Alexandra M. Joyce* | */s/ Jeremy A. Tigan* |
| Daniel M. Silver (#4758)<br>Alexandra M. Joyce (#6423)<br>Renaissance Centre<br>405 North King Street, 8th Floor<br>Wilmington, DE 19801<br>(302) 984-6300<br>dsilver@mccarter.com<br>ajoyce@mccarter.com | Jeremy A. Tigan (#5239)<br>Cameron P. Clark (#6647)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jtigan@morrisnichols.com<br>cclark@morrisnichols.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

January 24, 2025

       SO ORDERED this _____ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE