# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVADEL CNS PHARMACEUTICALS, LLC AND FLAMEL IRELAND LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>JAZZ PHARMACEUTICALS, INC., AND JAZZ PHARMACEUTICALS IRELAND LIMITED,<br><br>Defendants. | C.A. No. 25-09-GBW<br><br>**(CONSOLIDATED)**<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, by Plaintiffs Avadel CNS Pharmaceuticals, LLC and Flamel Ireland Limited ("Plaintiffs") and Defendants Jazz Pharmaceuticals, Inc. and Jazz Pharmaceuticals Ireland Limited ("Defendants"), subject to the approval of the Court, that the below deadlines be extended as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Plaintiffs' Initial Infringement Claim Chart | October 10, 2025 | October 24, 2025 |
| Defendants' Initial Invalidity Contentions; production of known related invalidating references; | November 7, 2025 | November 21, 2025 |
| Response to Plaintiffs' Initial Infringement Claim Chart | November 7, 2025 | November 21, 2025 |
| Plaintiffs' Response to Defendants' Initial Invalidity Contentions | December 8, 2025 | December 22, 2025 |
| Exchange of proposed terms needing construction and proposed constructions | December 22, 2025 | January 13, 2026 |

1

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Response to proposed terms for construction | January 12, 2026 | January 21, 2026 |
| File Joint Claim Construction Chart and required appendix<br><br>Submit Joint Technology Tutorial | February 9, 2026 | No change |
| Plaintiffs' Opening Claim Construction Brief | March 5, 2026 | No change |
| Defendants' Answering Claim Construction Brief | April 8, 2026 | No change |
| Plaintiffs' Reply Claim Construction Brief | April 28, 2026 | No change |
| Substantial completion of document production | April 30, 2026 | No change |
| Defendants' Sur-reply Claim Construction Brief | May 12, 2026 | No change |
| File Joint Claim Construction Brief | May 15, 2026 | No change |
| Joinder of other parties and amendment of pleadings | May 21, 2026 | No change |
| Interim Status Report | May 21, 2026 | No change |
| *Markman* Hearing | July 29, 2026 at 2 p.m. | No change |
| Plaintiffs' Final Infringement Contentions | July 16, 2026 | No change |
| Defendants' Final Invalidity Contentions | August 6, 2026 | No change |
| Close of Fact Discovery | September 11, 2026 | No change |
| Opening Expert Reports | October 29, 2026 | No change |
| Rebuttal Expert Reports | December 17, 2026 | No change |

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Reply Expert Reports | January 28, 2027 | No change |
| Close of expert discovery | March 12, 2027 | No change |
| Filing of any Summary Judgment or *Daubert* Motions | April 22, 2027 | No change |
| Parties submit Joint Pretrial Order, proposed *voir dire*, preliminary jury instructions, final jury instructions, and special verdict forms | Not later than 7 days before the pretrial conference | No change |
| Pretrial Conference | September 6, 2028 at 3 p.m. | No change |
| Trial | September 11, 2028 | No change |

Dated: October 10, 2025

| | |
|---|---|
| **MCCARTER & ENGLISH, LLP** | **MORRIS, NICHOLAS, ARSHT & TUNNELL LLP** |
| */s/ Alexandra M. Joyce* | */s/ Jeremy A. Tigan* |
| Daniel M. Silver (#4758) | Jeremy A. Tigan (#5239) |
| Alexandra M. Joyce (#6423) | Cameron P. Clark (#6647) |
| Renaissance Centre | 1201 North Market Street |
| 405 N. King Street, 8th Floor | P.O. Box 1347 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| (302) 984-6300 | (302) 658-9200 |
| dsilver@mccarter.com | jtigan@morrisnichols.com |
| ajoyce@mccarter.com | cclark@morrisnichols.com |
| | |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

SO ORDERED this ___ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE

3