AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___for the District of Delaware___ on the following

☐ Trademarks or   ☑ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>25cv 0009-GBW | DATE FILED<br>1/3/2025 | U.S. DISTRICT COURT<br>for the District of Delaware |
|---|---|---|
| PLAINTIFF<br>AVADEL CNS PHARMACEUTICALS, LLC<br>and FLAMEL IRELAND LIMITED | | DEFENDANT<br>JAZZ PHARMACEUTICALS, INC. and<br>JAZZ PHARMACEUTICALS IRELAND<br>LIMITED |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 12,167,991 | 12/17/2024 | Flamel Ireland Limited |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | | |
|---|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

(SEE ATTACHED)

| CLERK<br>S | (BY) DEPUTY CLERK<br>/s/ Randall Lohan | DATE<br>10/27/2025 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

Case 1:25-cv-00009-GBW   Document 31   Filed 10/27/25   Page 2 of 4 PageID #: 518
Case 1:25-cv-00009-GBW   Document 30   Filed 10/27/25   Page 1 of 3 PageID #: 514
Case 1:21-cv-00691-GBW   Document 781   Filed 10/24/25   Page 1 of 3 PageID #: 41286

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AVADEL CNS PHARMACEUTICALS LLC,<br><br>Defendant. | C.A. No. 21-691 (GBW) |
| JAZZ PHARMACEUTICALS, INC. and JAZZ PHARMACEUTICALS IRELAND LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>AVADEL CNS PHARMACEUTICALS LLC,<br><br>Defendant. | C.A. No. 21-1138 (GBW) |
| JAZZ PHARMACEUTICALS, INC. and JAZZ PHARMACEUTICALS IRELAND LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>AVADEL CNS PHARMACEUTICALS LLC,<br><br>Defendant. | C.A. No. 21-1594 (GBW) |

ME1\58575317.v1

Case 1:25-cv-00009-GBW   Document 31   Filed 10/27/25   Page 3 of 4 PageID #: 519
Case 1:25-cv-00009-GBW   Document 30   Filed 10/27/25   Page 2 of 3 PageID #: 515
Case 1:21-cv-00691-GBW   Document 781   Filed 10/24/25   Page 2 of 3 PageID #: 41287

| | |
|---|---|
| AVADEL CNS PHARMACEUTICALS LLC, AND AVADEL PHARMACEUTICALS PLC,<br><br>Plaintiffs,<br><br>v.<br><br>JAZZ PHARMACEUTICALS, INC., AND JAZZ PHARMACEUTICALS IRELAND LIMITED,<br><br>Defendants. | C.A. No. 22-487 (GBW) |
| AVADEL CNS PHARMACEUTICALS LLC,<br><br>Plaintiff,<br><br>v.<br><br>JAZZ PHARMACEUTICALS, INC,<br><br>Defendant.. | C.A. No. 22-941-GBW |
| AVADEL CNS PHARMACEUTICALS, LLC AND FLAMEL IRELAND LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>JAZZ PHARMACEUTICALS, INC., AND JAZZ PHARMACEUTICALS IRELAND LIMITED,<br><br>Defendants. | C.A. No. 25-09-GBW (CONSOLIDATED)<br>C.A. No. 25-057-GBW (Member Case)<br>C.A. No. 25-221-GBW (Member Case)<br>C.A. No. 25-435-GBW (Member Case) |

## STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and among Jazz Pharmaceuticals, Inc., Jazz Pharmaceuticals Ireland Limited (collectively, "Jazz"), Avadel CNS Pharmaceuticals LLC, Avadel Pharmaceuticals plc, and Flamel Ireland Limited (collectively, "Avadel"), pursuant to the terms of the parties' Settlement Agreement and Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and/or 41(a)(2), that all claims and counterclaims asserted in these actions by and between Jazz

ME1\58575317.v1

Case 1:25-cv-00009-GBW   Document 31   Filed 10/27/25   Page 4 of 4 PageID #: 520
Case 1:25-cv-00009-GBW   Document 30   Filed 10/27/25   Page 3 of 3 PageID #: 516
Case 1:21-cv-00691-GBW   Document 781   Filed 10/24/25   Page 3 of 3 PageID #: 41288

and Avadel are dismissed WITH PREJUDICE, with each party responsible for its own attorneys' fees and costs.

Dated: October 24, 2025

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MCCARTER & ENGLISH, LLP |
| /s/ *Jeremy A. Tigan* | /s/ *Alexandra M. Joyce* |
| Jeremy A. Tigan (#5239)<br>Cameron P. Clark (#6647)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jtigan@morrisnichols.com<br>cclark@morrisnichols.com | Daniel M. Silver (#4758)<br>Alexandra M. Joyce (#6423)<br>Renaissance Centre<br>405 North King Street, 8th Floor<br>Wilmington, DE 19801<br>(302) 984-6300<br>dsilver@mccarter.com<br>ajoyce@mccarter.com |
| *Attorneys for Jazz* | *Attorneys for Avadel* |

SO ORDERED this 27th day of October, 2025.

_____
UNITED STATES DISTRICT JUDGE

ME1\58575317.v1